PMP
F.#1999R02112

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ARMANDO MARTINEZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

99 CR 1065 (S-1) (ILG)

Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Paige Petersen, it is hereby

ORDERED that the Indictment in the above-captioned case be unsealed as to the above-captioned defendant.

Dated:    Brooklyn, New York
         August 19, 2008

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK